| In re: | Case No. 25-26698-gmh |
|---|---|
| Michelle Danielle Edwards | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0757-2     User: adkt     Page 1 of 3
Date Rcvd: Dec 01, 2025     Form ID: 309I     Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| nfs | + | Corey Rogers, 1929 South 56th Street #LL, Milwaukee, WI 53219-1505 |
| 12493015 | + | All State Insurance, 2775 Sanders Rd Ste F7, Northbrook, IL 60062-6127 |
| 12493016 | + | American Home Shield, Po Box 1259, Oaks, PA 19456-1259 |
| 12493020 | + | CapSpecialty, 1600 Aspen Commons Suite 300, Middleton, WI 53562-4772 |
| 12493026 | + | Esser Law LLC, 11805 W Hampton Ave, Milwaukee, WI 53225-3612 |
| 12493032 | + | Laffey Sebranek Auby & Ristau SC, 100 Wilburn Rd Ste 202, Sun Prairie, WI 53590-1478 |
| 12493033 | + | Law Office of John Pucin, 935 national Parkway, Ste 40, Schaumburg, IL 60173-5150 |
| 12494675 | + | Michelle Danielle Edwards, 1929 South 56th Street #4, Milwaukee, WI 53219-1505 |
| 12493035 | + | Milwaukee County Department of Human, Services, 1220 W Vliet St 3rd Floor, Milwaukee, WI 53205-2117 |
| 12493036 | + | N&S, 1719 S 83rd St, Milwaukee, WI 53214-4431 |
| 12493038 | + | Platte River Insurance Company, 1600 Aspen Commons Ste 300, Middleton, WI 53562-4772 |
| 12493041 | | Regus, 1500 Dallas Parkway FL 12, Addison, TX 75001 |
| 12493049 | | Turke & Steil LLP, Attn: Mary Turke, 613 Williamson St Ste 201, Madison, WI 53703-3515 |
| 12493052 | | US Dept of Housing & Urban Development, PO Box 23998, 801 Cherry St Unit 45, Washington, DC 20026 |
| 12493060 | + | WI Department of Correction, 3099 E Washington Ave, Madison, WI 53704-4338 |
| 12493057 | + | West Allis City Water Sewer Utilities, 7525 W Greenfield Ave, Milwaukee, WI 53214-4648 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: authenticbizsolutions@gmail.com | Dec 02 2025 01:22:00 | Michelle Danielle Edwards, 313 North Plankinton Avenue #207, Milwaukee, WI 53203-3104 |
| aty | | Email/Text: wlgmke@wattongroup.com | Dec 02 2025 01:22:00 | Michael J. Watton, 301 West Wisconsin Avenue, 5th Floor, Milwaukee, WI 53203 |
| tr | + | Email/Text: info@chapter13milwaukee.com | Dec 02 2025 01:35:00 | Scott Lieske, Chapter 13 Trustee, P.O. Box 510920, Milwaukee, WI 53203-0161 |
| ust | + | Email/Text: ustpregion11.mi.ecf@usdoj.gov | Dec 02 2025 01:35:00 | Office of the U. S. Trustee, 517 East Wisconsin Ave., Room 430, Milwaukee, WI 53202-4510 |
| 12493017 | + | EDI: ATTWIREBK.COM | Dec 02 2025 05:35:00 | AT&T, 208 South Akard Street, Dallas, TX 75202-4206 |
| 12493018 | ^ | MEBN | Dec 02 2025 00:38:52 | Bank of America, PO Box 653064, Dallas, TX 75265-3064 |
| 12493023 | | Email/Text: correspondence@credit-control.com | Dec 02 2025 01:34:00 | Credit Control LLC, 3300 Rider Trial S, Ste 500, Earth City, MO 63045 |
| 12493019 | + | EDI: CAPITALONE.COM | Dec 02 2025 05:35:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 12493021 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Dec 02 2025 01:35:00 | ChexSystems, Inc., P.O. Box 583399, Minneapolis, MN 55458-3399 |
| 12493022 | + | EDI: CCS.COM | Dec 02 2025 05:35:00 | Credit Collection Service, 725 Canton St., |

| Recipient | Method | Date | Address |
|---|---|---|---|
| | | | Norwood, MA 02062-2679 |
| 12493024 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 02 2025 01:12:48 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 12493025 | + Email/Text: bankruptcy@erieinsurance.com | Dec 02 2025 01:35:00 | Erie Insurance Exchange, 100 Erie Insurance Place, Erie, PA 16530-0001 |
| 12493027 | + Email/Text: crdept@na.firstsource.com | Dec 02 2025 01:35:00 | Firstsource Advantage, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 12493028 | + Email/Text: argbsref@geico.com | Dec 02 2025 01:34:00 | Geico Insurance, 1 Geico Plz, Washington, DC 20076-0005 |
| 12493029 | + Email/Text: BKNOTICES@GRAY-LAW.COM | Dec 02 2025 01:35:00 | Gray & Associates, LLP, 16345 West Glendale Drive, New Berlin, WI 53151-2841 |
| 12493030 | + Email/Text: bankruptcy@healthcarefinancedirect.com | Dec 02 2025 01:34:00 | Health Finance Direct, 1707 Eye Street Suite 300, Bakersfield, CA 93301-5258 |
| 12493031 | EDI: IRS.COM | Dec 02 2025 05:35:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 12493034 | ^ MEBN | Dec 02 2025 00:38:38 | Milwaukee County Circuit Court, 901 N 9th St, Milwaukee, WI 53233-1425 |
| 12493037 | EDI: NFCU.COM | Dec 02 2025 05:35:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 12493039 | Email/Text: COLLECTION@primefcu.org | Dec 02 2025 01:34:00 | Prime Financial Credit Union, 5656 S Packard Ave, Cudahy, WI 53110-2657 |
| 12493040 | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Dec 02 2025 01:34:00 | Progressive Insurance, Dept. 0561, Carol Stream, IL 60132-0561 |
| 12493042 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2025 01:12:42 | Resurgent Capital Services, PO Box 510090, Livonia, MI 48151-6090 |
| 12493043 | + Email/Text: dl-csgbankruptcy@charter.com | Dec 02 2025 01:35:00 | Spectrum c/o Charter Communications, 400 Washington Road, Stamford, CT 06902-6641 |
| 12493044 | Email/PDF: bknotices@summitcreditunion.com | Dec 02 2025 01:31:18 | Summit Credit Union, P.O. Box 8046, Madison, WI 53708-8046 |
| 12493045 | + Email/PDF: bknotices@summitcreditunion.com | Dec 02 2025 01:31:18 | Summit Credit Union, 1709 Landmark Drive, Cottage Grove, WI 53527-8957 |
| 12493046 | + Email/PDF: bknotices@summitcreditunion.com | Dec 02 2025 01:31:18 | Summit Credit Union, Attn: Kim Sponem, CEO, 1709 Landmark Drive, Cottage Grove, WI 53527-8957 |
| 12493047 | Email/Text: bankruptcy@sunrisecreditservices.com | Dec 02 2025 01:34:00 | Sunrise Credit Services, Inc., PO Box 9004, Melville, NY 11747-9004 |
| 12493048 | EDI: AISTMBL.COM | Dec 02 2025 05:35:00 | TMobile, PO Box 742596, Cincinnati, OH 45274 |
| 12493050 | EDI: USBANKARS.COM | Dec 02 2025 05:35:00 | US Bank, PO Box 108, Saint Louis, MO 63166 |
| 12493051 | + Email/Text: edbknotices@ecmc.org | Dec 02 2025 01:34:00 | US Department of Education, 400 Maryland Avenue, SW, Washington, DC 20202-0001 |
| 12493054 | Email/Text: exceptionreview@vivint.com | Dec 02 2025 01:22:00 | Vivint, 4931 North 300 West, Provo, UT 84604 |
| 12493053 | + EDI: VERIZONCOMB.COM | Dec 02 2025 05:35:00 | Verizon Wireless, 1 Verizon Pl, Alpharetta, GA 30004-8510 |
| 12493058 | + Email/Text: bankruptcy@westconsincu.org | Dec 02 2025 01:34:00 | WESTconsin Credit Union, 444 South Broadway Street, Menomonie, WI 54751-1821 |
| 12493059 | Email/Text: servicing@wheda.com | Dec 02 2025 01:34:00 | WHEDA*, P.O. Box 1728, Madison, WI 53701 |
| 12493061 | Email/Text: dojbankruptcynoticegroup@doj.state.wi.us | Dec 02 2025 01:22:00 | Wisconsin Department of Justice, 17 West Main Street, Madison, WI 53707-7857 |
| 12493055 | + Email/Text: Bankruptcy-Notifications@we-energies.com | | |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 02 2025 01:34:00 | We Energies*, Attn: Bankruptcy Dept. Rm A130, 333 West Everett Street, Milwaukee, WI 53203-2803 |
| 12493056 | + | EDI: WFFC2 | | |
| | | | Dec 02 2025 05:35:00 | Wells Fargo, PO Box 5129, Sioux Falls, SD 57117-5129 |
| 12493062 | | EDI: WISCDEPREV.COM | | |
| | | | Dec 02 2025 05:35:00 | Wisconsin Department of Revenue, Special Procedures Unit, P.O. Box 8901, Madison, WI 53708-8901 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Wisconsin Department Of Revenue, Special Procedures Unit, P.O. Box 8901, Madison, WI 53708-8901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2025　　　　　Signature:　　　/s/Gustava Winters

| | Information to identify the case: | | | |
|---|---|---|---|---|
| Debtor 1: | Michelle Danielle Edwards | | Social Security number or ITIN: | xxx–xx–6936 |
| | First Name   Middle Name   Last Name | | EIN: __–_____ | |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN: ____ EIN: __–_____ | |
| United States Bankruptcy Court: | Eastern District of Wisconsin | | Date case filed for chapter: 13 | 11/26/25 |
| Case number: | 25–26698–gmh | | | |

Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                    10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | Debtor's full name | Michelle Danielle Edwards | Corey Rogers (Non–Filing Spouse) xxx–xx–6983 |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 313 North Plankinton Avenue #207 Milwaukee, WI 53203 | |
| 4. | Debtor's attorney Name and address | Michael J. Watton 301 West Wisconsin Avenue 5th Floor Milwaukee, WI 53203 | Contact phone (414) 273–6858 Email: wlgmke@wattongroup.com |
| 5. | Bankruptcy trustee Name and address | Scott Lieske Chapter 13 Trustee P.O. Box 510920 Milwaukee, WI 53203 | Contact phone 414–271–3943 |
| 6. | Bankruptcy clerk's office Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | Room 126, U.S. Courthouse 517 East Wisconsin Avenue Milwaukee, WI 53202–4581 | Office Hours: Monday through Friday, 8:30 A.M. until 4:30 P.M., except legal holidays. Contact phone (414) 297–3291 Date: 12/1/25 |

For more information, see page 2

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 8, 2026 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 895 649 0345, and Passcode 5438785867, OR call 1 (414) 236–7631**<br><br>For additional meeting information go to www.justice.gov/ust/moc |
|---|---|---|
| 8. Deadlines<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/9/26** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/4/26** |
| | **Deadline for governmental units to file a proof of claim:** | See Fed. R. Bankr. P. 3002(c)(1) |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 9. Filing and objecting to a plan | The debtor has filed a plan and a copy is attached. If a party files a written objection to confirmation of the proposed plan no later than 28 days after the completion of the Meeting of Creditors, the Court will schedule a hearing. If no party files a written objection to the plan, the Court may confirm the plan without a hearing. The only person who will be notified of the hearing date will be the trustee, counsel for the debtor (or the debtor if the debtor is not represented by counsel), the Office of the United States Trustee, the objecting party, and all other persons who specifically request in writing to receive notice electronically. | |
| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. Filing a chapter 13 bankruptcy case | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. Discharge of debts | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |