UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: </br>     Michelle Danielle Edwards </br> </br>                               Debtor. | ) Case No.: 25-26698-gmh </br> ) Chapter 13 </br> ) Plan filed on 11/26/2025 </br> ) </br> ) Judge G. Michael Halfenger |

## OBJECTION TO CONFIRMATION OF PLAN FILED ON 11/26/2025

**NOW COMES** WISCONSIN HOUSING AND ECONOMIC DEVELOPMENT AUTHORITY, (hereinafter "Creditor"), by and through its attorneys, CODILIS, MOODY & CIRCELLI, P.C. and moves this Honorable Court for an Order denying Confirmation of Debtor's plan filed on 11/26/2025 and in support thereof respectfully represents as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and venue is fixed in this Court pursuant to 28 U.S.C. § 1409;

2. Debtor filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on 11/26/2025;

3. Creditor is a secured mortgage holder or servicer on the property commonly known as 1929 S 56th St, West Allis, WI 53219 (hereinafter "subject property.") The subject property is Debtor's homestead;

4. Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. § 362 of the Bankruptcy Code;

5. Creditor holds a first and second mortgage on the subject property and intends to file a claim for both liens;

6. The Chapter 13 plan proposes to cure the pre-petition arrearages while maintaining post-petition mortgage payments for two (2) liens held by Creditor on the subject property. However, the Chapter 13 plan also proposes payment in full of one (1) lien held by Creditor;

7. The Chapter 13 plan as written is vague and provides conflicting treatments of Creditor's claims. Creditor cannot adequately determine the treatment of one or both its claims;

8. Creditor does not accept the plan under 11 U.S.C. § 1325(a)(5)(A) due to the lack of clarity in the treatment of Creditor's claims;

9. Creditor requests Debtor amend the Chapter 13 plan to clarify the treatment so that Creditor can comply with the terms of the plan;

10. That sufficient grounds exist for denial of confirmation as Debtor's plan:

   a. is vague and Creditor cannot adequately discern the proposed treatment;

11. Creditor has incurred attorney fees in the amount of $700.00 for this objection to confirmation of plan, subject to court approval.

**WHEREFORE,** WISCONSIN HOUSING AND ECONOMIC DEVELOPMENT AUTHORITY prays this Court deny confirmation of the plan allowing the fees described herein to be added to the indebtedness pursuant to the terms of the note and mortgage and for such other and further relief as this Court may deem just and proper.

Dated December 5, 2025.

Respectfully Submitted,
CODILIS, MOODY & CIRCELLI, P.C.

By: /s/ Matthew L. Comella

Shawn R. Hillmann, WI Bar No. 1037005
Matthew Comella, WI Bar No. 1096303
Peter C. Bastianen, IL Bar No. 6244346
Joel P. Fonferko, IL Bar No. 6276490
**CODILIS, MOODY & CIRCELLI, P.C.**
15W030 North Frontage Road, Suite 200
Burr Ridge, IL 60527
(414) 775-7700
File No. 50-25-01472

NOTE: This law firm is a debt collector.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 25-26698-gmh |
|     Michelle Danielle Edwards | ) | Chapter 13 |
| | ) | |
|               Debtor. | ) | |
| | ) | Judge G. Michael Halfenger |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2025, a true and correct copy of the above and foregoing documents shall be served via electronic means, if available, otherwise by regular, first class mail on December 5, 2025 to the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid.

Scott Lieske, Chapter 13 Trustee, P.O. Box 510920, Milwaukee, WI 53203, by ECF Notice
Michelle Danielle Edwards, Debtor, 313 North Plankinton Avenue #207, Milwaukee, WI 53203
Michael J. Watton, Attorney for Debtors, 301 West Wisconsin Avenue 5th Floor, Milwaukee, WI 53203 by ECF Notice
Office of the U.S. Trustee, 517 East Wisconsin Ave. Room 430, Milwaukee, WI 53202 by ECF notice

                                                        /s/ Matthew L. Comella
                                                        Attorney for Creditor

Shawn R. Hillmann, WI Bar No. 1037005
Matthew Comella, WI Bar No. 1096303
Peter C. Bastianen, IL Bar No. 6244346
Joel P. Fonferko, IL Bar No. 6276490
**CODILIS, MOODY & CIRCELLI, P.C.**
15W030 North Frontage Road, Suite 200
Burr Ridge, IL 60527
(414) 775-7700
File No. 50-25-01472

NOTE: This law firm is a debt collector.